# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00067-CR

**Roberto Ochoa, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 483RD DISTRICT COURT OF HAYS COUNTY
### NO. CR-20-0093-D, THE HONORABLE TANNER NEIDHARDT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Roberto Ochoa, Jr. was charged with possession of cocaine—in an amount of four grams or more but fewer than 200 grams—with intent to deliver. *See* Tex. Health & Safety Code § 481.102(3)(D), .112(a). A jury found him guilty of the lesser-included offense of possession of a controlled substance. *See id.* § 481.115(a), (d); Tex. Code Crim. Proc. art. 37.09. The trial court accepted the jury's finding of guilt and assessed Ochoa's punishment, enhanced under the Texas Penal Code's habitual-offender provision, at sixty-eight years' confinement. *See* Tex. Health & Safety Code § 481.115(d); Tex. Penal Code § 12.42(d).

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967);

*Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81–82 (1988). Appellant's counsel has also certified to the Court that he sent copies of the motion and brief to appellant; informed him of his right to examine the appellate record and file a pro se response; and provided him with a motion to assist him in obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744. To date, no pro se response has been filed.

We have conducted an independent review of the record, including the record of the trial and sentencing proceedings below and appellate counsel's brief, and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). Nevertheless, while reviewing the record, we found a typographical error in the judgment of conviction, which gave the "Statute for Offense" as "481.115(d) Penal Code."

The appropriate remedy is to modify the trial court's judgment to reflect the correct statute. *See* Tex. R. App. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993). Accordingly, we modify the judgment in trial court cause number CR-20-0093-D to reflect that the "Statute for Offense" was "481.115(a), (d) Health & Safety Code."

We agree with counsel that the record presents no arguably meritorious grounds for review, and the appeal is frivolous. Counsel's motion to withdraw is granted.

Having modified the trial court's judgment in cause number CR-20-0093-D as set out above, we affirm the judgment of conviction as modified.

2

_____

Rosa Lopez Theofanis, Justice

Before Justices Theofanis, Crump, and Ellis

Modified and, as Modified, Affirmed

Filed:   June 17, 2025

Do Not Publish